Andrews was convicted for burglary in the second degree and sentenced to ninety-nine years' imprisonment as a habitual offender. We have examined the seven issues raised by the appellant and find them to be without merit.
Burglary in the second degree is a Class B felony. Alabama Code 1975, § 13A-7-6(c). The defendant had four prior felony convictions. Therefore, under the Habitual Felony Offender Act, the defendant must be punished for "life in the penitentiary." § 13A-5-9(c)(2).
This cause is remanded to the Circuit Court of Mobile County with directions that the defendant's sentence of ninety-nine years' imprisonment be set aside and the defendant be sentenced to life imprisonment.
REMANDED WITH DIRECTIONS.
All Judges concur.
 ON RETURN TO REMAND